UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANIEL BAUMHOFF, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:17-CV-02539JAR |
| FARMERS INSURANCE COMPANY | ) |
| and | ) |
| SAFECO INSURANCE COMPANY, | ) |
| Defendants. | ) |

## Memorandum and Order

This matter is before the Court on Defendant Farmers Insurance Company's ("Farmers") two Motions for Protective Order and to Quash Subpoena. (Docs. 31, 34.) In its first motion, Farmers asks the Court generally to quash all pending discovery and to enter an order staying all discovery pending the Court's ruling on Farmer's motion to dismiss. (Doc. 31.) In its second motion, Farmers asks the Court specifically to quash the deposition of non-party Teresa Sparks, scheduled for April 20, 2018. (Doc. 34.)

Upon consideration, the Court will grant Farmers' second motion and quash the Sparks deposition without prejudice to being rescheduled at a later date. The Court will also order Plaintiff to show cause why it should not grant Farmers' first motion. The Court notes that currently pending is a motion by Plaintiff for leave to file out of time its answer to Farmers' counter-claim. (Doc. 23.) The entirety of Plaintiff's argument is that he "mistak[en]ly failed to answer." (*Id.*) However, the Court also notes that, in addition to failing to file an answer to

Farmers' counter-claim, Plaintiff apparently failed to timely respond to Farmers' discovery requests. (*See* Doc. 18 at 1 n.1.) The Court wishes to understand the reasons for Plaintiff's inaction in more detail that he has so far provided.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Farmers Insurance Company's Motion for Protective Order and to Quash Subpoena referring to the deposition of non-party Teresa Sparks, scheduled for April 20, 2018 (Doc. 34) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall show cause in writing, within seven days of the entry of this order, why the Court should not grant Farmer's general Motion for Protective Order and to Quash (Doc. 31).

Dated this 19th day of April, 2018.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**